**DISMISS; Opinion Filed June 3, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00459-CV**

**SARAH STANSFIELD-SIMMONS, Appellant**
**V.**
**CHARLES LEE SIMMONS, SR. AND PENNY MEYER, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-51434-2012**

## MEMORANDUM OPINION
Before Justices Moseley, Bridges, and Lang-Miers

The Court has before it appellant's May 17, 2013 withdrawal of appeal, which we treat as a motion to dismiss. We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

130459F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SARAH STANSFIELD-SIMMONS,
Appellant

No. 05-13-00459-CV        V.

CHARLES LEE SIMMONS, SR. AND
PENNY MEYER, Appellees

On Appeal from the 429th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 429-51434-2012.
Opinion delivered per curiam. Justices
Moseley, Bridges and Lang-Miers sitting for
the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CHARLES LEE SIMMONS, SR. AND PENNY MEYER recover their costs of this appeal from appellant SARAH STANSFIELD-SIMMONS.

Judgment entered this 3rd day of June, 2013.

/Jim Moseley/
JIM MOSELEY
JUSTICE